

**FILED**
JAMES J. VILT, JR. - CLERK

US District Court for the Western District of Kentucky

at Paducah, KY

FEB 12 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| | |
|---|---|
| John F. Curran,          Plaintiff | Case: 5:23-cv-00158-BJB |
| v. | |
| Only Motorsports. LLC, and | |
| Zachary Miller, | |
|          Defendants | |

### Motion for Default Judgment

The Plaintiff files this Motion for Default Judgment in accordance with Fed.R.Civ.P. 9(h)(1) and 11. The Defendants have been served with a copy of the complaint, by third party process server, along with summons more than 60 days prior to the filing of this Motion.

### Pro se Plaintiff

This pleading, prepared by the Plaintiff-pro se, shall be construed liberally to pursue justice in accordance with the Supreme Court of the United States Opinion in *Haines*. See *Haines v. Kramer*, 404 U.S. 519, 520 (1972). As a result, this pleading shall be liberally construed and "held to less stringent standards" than formal pleadings drafted by lawyers.

### Argument and Relief Sought

The Defendants choose not to file a response nor a Motion to Dismiss to this action. The Plaintiff has filed the executed affidavit of summons and requested a record entry of default against both Defendants. The Plaintiff now seeks an Order Granting this Default Judgment and a further Order for an evidentiary hearing to set award of damages.

Respectfully filed and submitted this 8th day of February 2025.

_____
John F. Curran, Pro se
2096 Brookstone Drive
Mt. Juliet, TN 37122
731-458-7111
jefcurran@hotmail.com

## Certificate of Service

The Plaintiff has served a copy of this Motion, utilizing the US Postal Services first Class mail, by mailing a copy of this Motion to the Registered Agent of Only Motorsports, LLC and Mr. Zachary Miller at their last know addresses. Further the Plaintiff has provided a courtesy copy to the known counsel for both parties in a state civil matter.

_____
John F. Curran, Pro se
2096 Brookstone Drive
Mt. Juliet, TN 37122
731-458-7111
jefcurran@hotmail.com

PO BOX #1
MT JULIET TN
37122

NASHVILLE TN 370
10 FEB 2025 PM 3 L

FILED
JAMES J. VILT, JR. - CLERK
FEB 12 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

US DISTRICT COURT CLERK
WESTERN DISTRICT OF KENTUCKY
501 BROADWAY ST. #127
PADUCAH, KY 42001

42001-685527